**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-01832-001-TUC-RM (BGM) |
| Plaintiff, | **ORDER** |
| v. | |
| Juan Ramos Yajimovich, | |
| Defendant. | |

Defendant Juan Ramos Yajimovich was convicted of conspiracy to transport illegal aliens for profit in violation of 8 U.S.C. § 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii), and 1324(a)(1)(B)(i). (Doc. 92.) On December 20, 2019, this Court sentenced him to time served followed by a three-year term of supervised release. (*Id.*) On November 10, 2020, a Petition to Revoke was filed, alleging that Defendant violated Standard Conditions numbers 2 and 5 and Special Condition number 1 of his supervised release. (Doc. 95.) Magistrate Judge Bruce G. Macdonald held an evidentiary hearing on August 19, 2021. (Doc. 106.) At the hearing, the Government moved to dismiss the alleged violation of Special Condition number 1, with no objection by Defendant. (Doc. 110 at 4.)

On August 20, 2021, Magistrate Judge Macdonald issued a Report and Recommendation (Doc. 110), recommending that this Court (1) find that Defendant violated Standard Conditions numbers 2 and 5 of his supervised release, and (2) dismiss the alleged violation of Special Condition number 1. No objections to the Report and

Recommendation were filed, and the deadline for filing objections has expired.

A district judge must "make a de novo determination of those portions" of a magistrate judge's "report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); *see also* Fed. R. Crim. P. 59(b)(3) ("The district judge must consider de novo any objection to the magistrate judge's recommendation"). Failure to object to the findings and recommendations of the magistrate judge "waives a party's right to review." Fed. R. Crim. P. 59(b)(2).

The Court has reviewed Magistrate Judge Macdonald's Report and Recommendation, the parties' briefs, and the record. The Court finds no error in Magistrate Judge Macdonald's Report and Recommendation, and Defendant has waived his right to review by failing to file objections.

Accordingly,

**IT IS ORDERED** that the Report and Recommendation (Doc. 110) is **accepted and adopted in full**.

**IT IS FURTHER ORDERED** that Defendant Juan Ramos Yajimovich is found to have violated Standard Conditions numbers 2 and 5 of his supervised release.

**IT IS FURTHER ORDERED** that a Final Disposition Hearing is scheduled for **November 3, 2021 at 10:45 a.m.**, before Judge Rosemary Márquez. Counsel should refer to the Court's lobby monitors to check on the location of this hearing.

Dated this 13th day of September, 2021.

Honorable Rosemary Márquez
United States District Judge